In the Matter of the Estate of RELIOUS VAUGHAN, Deceased. MAE VAUGHAN, Appellant; ELWOOD D. VAUGHAN, Respondent.

Argued January 8, 1953; decided March 6, 1953.

*Charles L. Kellar* for appellant.

*Oliver D. Williams* and *Henry Pleus* for respondent.

Order affirmed, without costs; no opinion.

Concur: Lewis, Conway, Dye and Froessel, JJ. Loughran, Ch. J., Desmond and Fuld, JJ., dissent upon the ground that there is no evidence to establish that there was a common-law marriage.